IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03145–CMA–KMT

SHAUN VAN DYKE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, and
C.M. YBARRA, Case Manager, Bent County Correctional Facility,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend the Complaint" (Doc. No. 30, filed November 29, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file Plaintiff's "Amended Complaint" (Doc. No. 30-1).

Dated: December 3, 2012