**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-03145-CMA-KMT | Date: | October 17, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                       *Counsel:*

SHAUN VAN DYKE,                                                     David Japha

   Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a          Edmund Kennedy
Maryland corporation,

   Defendant.

## COURTROOM MINUTES

**Motion Hearing**

**1:32 p.m.        Court in session.**

Court calls case. Appearances of counsel.

Also present, Jennifer Harris, plaintiff's expert witness.

Discussion regarding the testimony of Ms. Harris as a treating provider with respect to Plaintiff's PTSD and diagnosing and/or identifying PTSD.

1:46 p.m.       Plaintiff's witness, Jennifer Harris, sworn.
Direct examination of Ms. Harris by Mr. Japha.

Mr. Japha states he will provide a copy of Plaintiff's archived file to Mr. Kennedy.

2:47 p.m.       Cross examination of Ms. Harris by Mr. Kennedy.

**2:52 p.m.        Court in recess.**
**3:12 p.m.        Court in session.**

| | |
|---|---|
| 3:13 p.m. | Argument by Mr. Japha. |
| 3:20 p.m. | Argument by Mr. Kennedy. |

Court sets forth its standard of review and findings pursuant to *Daubert*.

**ORDERED**: **Defendant's Motion to Exclude the Testimony of Plaintiff's Expert Witness Jennifer Harris from Trial [73] is DENIED, with the exception that the expert witness will not be allowed to opine as to the causation of the condition she diagnosed applicable to Mr. Van Dyke.**

**3:39 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.