**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03145-CMA-KMT

SHAUN VAN DYKE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, and
C.M. YBARRA, Case Manager, Bent County Correctional Facility,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Joint Stipulated Motion for Dismissal With Prejudice (Doc. # 104), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, in its entirety, each party to pay his or its own attorney fees and costs. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for January 23, 2014, jury selection set for January 27, 2014, and the five-day Jury Trial set for February 3, 2014, are hereby VACATED.

DATED:  January __09__, 2014

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Court Judge